

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00632-CR

**EX PARTE** Elliot Jerzain **RAMOS-ESTRADA**

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000724L1
Honorable Leticia Martinez, Judge Presiding

# O R D E R

      Appellant's brief is currently due on November 17, 2022. On November 9, 2022, appellant filed a motion requesting a 45-day extension of time to file his brief. We GRANT the motion and ORDER appellant to file his brief by **January 2, 2023**. Further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

